OPINION — AG — **** MAXIMUM NUMBERS OR MEMBERS OF HOUSE OF REPRESENTATIVES **** THE ATTORNEY GENERAL IS UNABLE TO PROJECT FROM THE COURT'S LANGUAGE OF "APPROXIMATELY 100", THE MAXIMUM NUMBER OF MEMBERS THE HOUSE OF REPRESENTATIVES MAY HAVE. HOWEVER, THE LANGUAGE OF THE COURT, "APPROXIMATELY 100", INDICATES THAT 101 MEMBERS WOULD BE ACCEPTABLE. CITE: ARTICLE V SECTION 10(A) (MARVIN C. EMERSON)